UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.F.F.,

           Petitioner,

- against -

LADEON FRANCIS, ET AL.,

           Respondents.

25-cv-7368 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The petitioner is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed petition for writ of habeas corpus (ECF No. 1).

SO ORDERED.

Dated:    New York, New York
           October 7, 2025

                                        John G. Koeltl
                                 United States District Judge