UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

G.F.F.,                                           25-cv-7368 (JGK)

                          Petitioner,             ORDER

              - against -

LADEON FRANCIS, ET AL.,

                          Respondents.

_____

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone for a conference in connection with the petitioner's motion to enforce the Court's stipulation and order, ECF No. 18, today, **Thursday, January 8, 2026,** at **2:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:     New York, New York
           January 8, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge