UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

G.F.F.,                                           25-cv-7368 (JGK)

              Petitioner,                  ORDER

    - against -

LADEON FRANCIS, ET AL.,

              Respondents.
------------------------------------------------------

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference held today, the petitioner may file a supplemental memorandum of law regarding the issues of exhaustion and standard of review by **January 15, 2026.** The Government may file responsive papers by **January 30, 2026.** The petitioner may reply by **February 4, 2026.**

SO ORDERED.

Dated:    New York, New York
            January 8, 2026

                                        _____
                                          John G. Koeltl
                                       United States District Judge