UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

G.F.F.,

                              Petitioner,

          - against -

LADEON FRANCIS, ET AL.,

                              Respondents.

25-cv-7368 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on the petitioner's motion to enforce the Court's prior judgment on **Monday, March 30, 2026, at 2:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

The parties are further instructed to submit to the Court by **Thursday, March 26, 2026,** proposed conditions of release reasonably tailored to ensure G.F.F.'s future attendance at immigration hearings, including but not limited to the details of a personal recognizance bond, along with any sureties, and geolocation monitoring. The parties' submissions should discuss the effectiveness of geolocation monitoring in mitigating the

risk of flight of nondangerous aliens awaiting removal proceed-ings.

**SO ORDERED.**

Dated:    New York, New York
          March 23, 2026

_____
John G. Koeltl
United States District Judge

2