

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 24, 2026

By ECF
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Argument adjourned to 3/31/26 at 2⁰⁰ P.M. So ordered.*

*[signature] G. Koeltl U.S.D.J.*

*3/24/26*

    Re:    *G.F.F. v Francis, et al.,* 25 Civ. 7368 (JGK)

Dear Judge Koeltl:

This Office represents the government in the above-referenced habeas corpus action, in which the Court ordered that Petitioner receive a bond hearing in November 2025, ECF No. 17, and Petitioner filed a motion on January 7, 2026, asserting that the hearing provided did not comply with the Court's order, ECF Nos. 18-19. I write respectfully, with Petitioner's consent, to request that the oral argument on Petitioner's motion scheduled for March 30, 2026, at 2:30 p.m., *see* ECF No. 29, be adjourned to March 31, 2026, or the morning of April 1, 2026. The reason for this request is that I will be out of the office and travelling on March 30, 2026.[1]

This is the first request to adjourn argument on Petitioner's motion. The requested adjournment will not affect any other scheduled dates.

I thank the Court for its consideration of this request.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

By:     */s/ Mollie Kornreich*
           MOLLIE KORNREICH
           Assistant United States Attorney
           86 Chambers Street, Third Floor
           New York, New York 10007
           Telephone: (212) 637-3274
           E-mail: mollie.kornreich@usdoj.gov

cc: Counsel of Record (by ECF)

---

[1] I will also be out of the office and unavailable for argument from approximately 2 p.m. on Wednesday, April 1, 2026, through Friday, April 3, 2026.