**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**G.F.F.,**

                    Petitioner,                    **25-cv-7368 (JGK)**

        - against -                                **ORDER**

**LADEON FRANCIS, ET AL.,**

                    Respondents.

---

**JOHN G. KOELTL, District Judge:**

For the reasons explained in this Court's Memorandum Opinion and Order dated April 3, 2026, ICE shall release the petitioner G.F.F. subject to the following conditions:

1.   G.F.F. will post a $10,000 monetary bond with ICE;

2.   G.F.F. will be subject to a curfew from 8:00 p.m. to 7:00 a.m. and remain confined at the Metropolitan Church shelter during those hours except that G.F.F. may leave the shelter during those hours for preapproved work, legal appointments, medical appointments, or as otherwise authorized by ICE or the Court;

3.   G.F.F. will report once every two weeks for in-person check-ins with ICE at the ICE New York City Field Office, located at 26 Federal Plaza, 9th Floor, New York, New York 10278, at a time and manner to be prespecified by ICE with reasonable notice to G.F.F.;

4.   G.F.F.'s location will be monitored through the use of an ankle monitor or bracelet monitor;

5.   G.F.F. will not associate with known gang members;

6.   G.F.F. will not commit any crimes while released;

7.   ICE may issue an order of supervision ("OSUP") incorporating the conditions of release contained

within this Order, and in the event there is a violation of the conditions of release as reflected in the OSUP, ICE shall address those violations in accordance with applicable OSUP revocation regulations, see 8 C.F.R. § 241.4(l)(1) & (2)(ii);

8.    G.F.F. or ICE can request that the Court modify these conditions;

9.    The Government shall promptly return G.F.F. to New York City, New York; and

10.    G.F.F. shall be released after he is returned to New York City and the above-referenced bond is posted.

SO ORDERED.
Dated:    New York, New York
          April 4, 2026

_____
John G. Koeltl
United States District Judge