**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
G.F.F.,

                            Petitioner,              25 **CIVIL** 7368 (JGK)

      -against-                      **JUDGMENT**

LADEON FRANCIS, ET AL.,

                         Respondents.
--------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2026, and the Court's Order dated April 4, 2026, judgment granting the petition for a writ of habeas corpus. ICE shall release the petitioner G.F.F. subject to the following conditions: 1. G.F.F. will post a $10,000 monetary bond with ICE; 2. G.F.F. will be subject to a curfew from 8:00 p.m. to 7:00 a.m. and remain confined at the Metropolitan Church shelter during those hours except that G.F.F. may leave the shelter during those hours for preapproved work, legal appointments, medical appointments, or as otherwise authorized by ICE or the Court; 3. G.F.F. will report once every two weeks for in-person check-ins with ICE at the ICE New York City Field Office, located at 26 Federal Plaza, 9th Floor, New York, New York 10278, at a time and manner to be prespecified by ICE with reasonable notice to G.F.F.; 4. G.F.F.'s location will be monitored through the use of an ankle monitor or bracelet monitor; 5. G.F.F. will not associate with known gang members; 6. G.F.F. will not commit any crimes while released; 7. ICE may issue an order of supervision ("OSUP") incorporating the conditions of release contained within the Order, and in the event there is a violation of the conditions of release as reflected in the OSUP, ICE shall address those violations in accordance with applicable OSUP revocation regulations, see 8 C.F.R. § 241.4 (1) (1) & (2) (ii); 8. G.F.F. or

ICE can request that the Court modify these conditions; 9. The Government shall promptly return G.F.F. to New York City, New York; and 10. G.F.F. shall be released after he is returned to New York City and the above-referenced bond is posted.  The petitioner's motion for attorneys' fees, ECF No. 39, is stayed. The parties should submit a status report by July 6, 2026.

**DATED:**  New York, New York
         May 7, 2026

**TAMMI M. HELLWIG**

———————————————

**Clerk of Court**

**BY:**    *K. mango*

———————————————

**Deputy Clerk**